[No. 19294.  *En Banc.*  June 15, 1926.]

JOHN PETERSON *et al., Respondents,* v. THE CITY OF
TACOMA, *Appellant.*[1]

[1] APPEAL (479)—DECISION—SCOPE OF RELIEF.  Where there is
no majority of the appellate judges in favor of a reversal of
the judgment, it must be affirmed.

Appeal from a judgment of the superior court for
Pierce county, Askren, J., entered January 3, 1925, in
favor of the plaintiff, in an action to set aside a local
assessment roll, tried to the court.  Affirmed.

*E. K. Murray, Leo Teats* and *Lorenzo Dow,* for
appellant.

*Burkey & Burkey,* for respondents.

PER CURIAM.—Askren, J., while a judge of the super-
ior court, presided at the trial of this case below and
entered the judgment appealed from.  He therefore
has taken no part here.  The remaining judges are
divided in their opinions and there is no majority,
either for affirmance or reversal.

Therefore, there being no majority for the reversal
of the judgment of the trial court, it necessarily stands
affirmed, and the order of this court is that the judg-
ment appealed from be, and it is hereby, affirmed.

[1]Reported in 246 Pac. 944.